# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

139212

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DUSHAN MOORE,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139212
COA: 290761
St. Joseph CC: 96-008320-FH

On order of the Court, the application for leave to appeal the April 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

s1214